# VORYS

**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

200 Public Square, Suite 1400
Cleveland, Ohio 44114

216.479.6100 | www.vorys.com

Founded 1909

Liana R. Hollingsworth
Direct Dial    (216) 479-6152
Direct Fax    (216) 937-3406
Email: lrhollingsworth@vorys.com

> **MEMO ENDORSED**
>
> **Application GRANTED.** The February 4, 2020 Initial Case Management Conference is hereby adjourned *sine die*. The Clerk is directed to close ECF 15.
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang          1/17/20
> U.S. Magistrate Judge

January 16, 2020

**VIA ECF FILING**

The Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, NY  10007

Re:    *Tucker v. Abercrombie & Fitch Co.*, Case No. 19cv10032

Dear Judge Wang:

The parties write to request an adjournment of the February 4, 2020 initial case management conference. [ECF Doc. 9]. On December 27, 2019, Defendant Abercrombie & Fitch Co. submitted a pre-motion conference request regarding its anticipated motion to dismiss Plaintiff Henry Tucker's Complaint [ECF Doc. 10] which is pending. The parties have conferred, and are in agreement, that until the issues contemplated by the anticipated motion are briefed and adjudicated, an initial pretrial conference and discovery would be premature.[1] Therefore, the parties ask the Court to adjourn the initial case management conference until after the pleadings are settled.

Very truly yours,

Liana R. Hollingsworth
*One of the Attorneys for Defendant*

cc:    Jeffery M. Gottlieb, Esq.
       Russell L. Porter, Esq.

---

[1] Pursuant to Section I(e) of Your Honor's Individual Practices in Civil Cases, this is the parties' first request to adjourn the initial case management conference. Additionally, Defendant requested a stay of discovery as part of its pre-motion conference request which is pending. [ECF Doc. 10].