**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
HENRY TUCKER, *on behalf of himself and all other persons similarly situated*,

        Plaintiff,

-against-

ABERCROMBIE & FITCH CO.,

        Defendant.
------------------------------------------------------------x

19-CV-10032 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall meet and confer and by **Friday, March 6, 2020**, file a joint letter proposing a briefing schedule for Defendant's anticipated Motion to Dismiss.

**SO ORDERED.**

Dated: February 26, 2020
New York, New York

        *s/ Ona T. Wang*
        **Ona T. Wang**
        United States Magistrate Judge