

**Vorys, Sater, Seymour and Pease LLP**
Legal Counsel

200 Public Square, Suite 1400
Cleveland, Ohio 44114

216.479.6100 | www.vorys.com

Founded 1909

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated: October 1, 2020

Liana R. Hollingsworth
Direct Dial  (216) 479-6152
Direct Fax   (216) 937-3406
Email lrhollingsworth@vorys.com

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Tucker v. Abercrombie & Fitch Co.*, Case No.: 19-cv-10032-PGG-OTW
      **Joint Request to Adjourn the October 8, 2020 Status Conference**

Dear Honorable Judge Gardephe:

The parties write to request an adjournment of the October 8, 2020 status conference scheduled for 10:30 am.  [ECF Doc. 21].  On August 29, 2020, the parties provided a joint status report and requested that the Court extend the stay in this matter until the Second Circuit issues its decision in *Dominguez v. Banana Republic, LLC*, No. 20-1559 (2d. Cir. 2020) and consolidated cases (the "Consolidated Appeal").  [ECF Doc. 22].  On September 1, 2020, Your Honor granted the parties' application to extend the stay and ordered the parties to submit a joint letter no later than one week after the Second Circuit issues its decision in the Consolidated Appeal.  [ECF Doc. 23].  Given the extended stay, the parties jointly request that the October 8, 2020 status conference be adjourned *sine die*.

We thank the Court for its time and attention in this matter.

Very truly yours,

*[signature]*

Liana R. Hollingsworth
*One of the Attorneys for Defendant*

Cc: all counsel of record VIA ECF

Columbus | Washington | Cleveland | Cincinnati | Akron | Houston | Pittsburgh