UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
HENRY TUCKER, *on behalf of himself and all other persons similarly situated*,

            Plaintiff,

            -against-

ABERCROMBIE & FITCH CO.,

            Defendant.
---------------------------------------------------------------x

19-CV-10032 (PGG) (OTW)

**ORDER TO SHOW CAUSE**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 26. The stay is hereby lifted. (*See* ECF 21.) Plaintiff is **ORDERED TO SHOW CAUSE**, **by January 5, 2023**, why I should not recommend dismissal of the case for lack of standing in light of the decisions in *Dominguez v. Banana Republic, LLC*, No. 20-1559 (2d. Cir. 2020) and *Dominguez v. Taco Bell Corp.*, No. 19-10172 (LGS), 2020 WL 3263258 (S.D.N.Y. June 17, 2020). Plaintiff's showing of cause shall be filed on the docket.

    **SO ORDERED.**

Dated: December 5, 2022
       New York, New York

                                *s/ Ona T. Wang*
                                **Ona T. Wang**
                              United States Magistrate Judge