**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
HENRY TUCKER, on behalf of himself and all
other persons similarly situated,

                Plaintiff,                19 **CIVIL** 10032 (PGG)(OTW)

      -against-                      **JUDGMENT**

ABERCROMBIE & FITCH CO.,

              Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2024, Judge Wang's R&R (Dkt. No. 28) is adopted in its entirety, and this action is without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

    April 23, 2024

                                  **RUBY J. KRAJICK**
                                      **Clerk of Court**
                      **BY:**    K. Mango
                                      **Deputy Clerk**